IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LARRY WALKER                                                    PETITIONER

VS.                                   CIVIL ACTION NO. 2:18-cv-39-KS-LRA

LAWRENCE COUNTY, MISSISSIPPI AND
STATE OF MISSISSIPPI                                    RESPONDENTS

ORDER

THIS CAUSE IS BEFORE THE COURT on Motion [8] to Dismiss Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2244(d) filed by Defendants herein, the Report and Recommendation [11] of United States Magistrate Judge Linda R. Anderson and the record herein. No objections having been filed to the Report and Recommendation, and the Court having fully reviewed the same, as well as the record in this matter finds that said Report and Recommendation should be adopted as the opinion of this Court.[1]

IT IS THEREFORE ORDERED that the Report and Recommendation be and the same, hereby is, adopted as the finding of this Court and the Complaint is hereby DISMISSED WITH

---

[1] It should be noted that the Petitioner filed a Motion for Extension of Time [12] on January 15, 2019 which was granted by Order [13] dated January 22, 2019, giving Petitioner thirty (30) additional days to respond. Also, Petitioner filed a Motion [16] for an additional extension of time to file Objections to the Report and Recommendation, and the Court granted an additional ten (10) days by Order [17] dated February 21, 2019. It was noted in the Order that this was the second grant of additional time and that any further request for extension of time would be unlikely. On March 11, 2019, Petitioner filed a Motion [18] for an additional sixty to ninety (60-90) days extension of time to file the Objections to the Report and Recommendation. The Report and Recommendation simply addresses the issue of statute of limitations and certainly is not a complex issue. The Respondents in their Motion [8] attached numerous exhibits showing the dates and times of the various events leading up to the Motion to Dismiss. The Court denied the Motion [18] for an additional extension of time on March 20, 2019. The Petitioner has filed no Objections to the Report and Recommendation [11] and gives no basis for the additional extension of time other than that he needs some time to get additional copies of documents.

PREJUDICE. A separate Judgement will be entered herein in accordance with this Order as required by Rule 58 of the Rules of Civil Procedure.

SO ORDERED this the ___25th____ day of March, 2019.

__s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE